# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0625
Lower Tribunal No. CF19-007634-XX

_____

JUAN CARLOS MARTINEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Richard G. Prince, Judge.

November 18, 2025

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and BROWNLEE, JJ., concur.


William R. Ponall and Laura L. Cepero, of Ponall Law, Maitland, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED